**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-21660-RKA**

PATRICIA POU
*individually and on behalf of all*
*others similarly situated,*

**Plaintiff,**

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**v.**

KHGH GROUP LLC, D/B/A BADLANDS RANCH**,**

**Defendant.**
**_________________________________/**

## AMENDED CLASS ACTION COMPLAINT

Plaintiff Patricia Pou ("Plaintiff") brings this class action against Defendant KHGH Group LLC, d/b/a Badlands Ranch ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorneys.

## PRELIMINARY STATEMENT

1. Telemarketing calls are intrusive. A great many people object to these calls, which interfere with their lives, tie up their phone lines, and cause confusion and disruption on phone records. Faced with growing public criticism of abusive telephone marketing practices, Congress enacted the Telephone Consumer Protection Act of 1991. Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227) (the "TCPA"). As Congress explained, the law was a response to Americans 'outraged over the proliferation of intrusive, nuisance calls to their homes from telemarketers' *id.* § 2(6), and sought to strike a balance between '[i]ndividuals' privacy rights, public safety interests, and commercial freedoms' *id.* § 2(9).

2. The TCPA affords special protections for people who, like Plaintiff, request to be placed on a company's internal do not call list. Specifically, the TCPA provides that each person who receives more than one call on their cell phone after requesting to be placed on the company's internal do not call list is entitled to recover a penalty of up to $500 per call, and up to $1,500 per call if the TCPA is willfully or knowingly violated.

3. The problem with receiving unwanted telemarketing communications is a problem that most people in this country, like Plaintiff, frequently face. For example, in 2024 alone, approximately 52.8 billion robocalls were placed in the United States. RobocallIndex.com, YouMail Robocall Index, https://robocallindex.com/history/time (last visited January 6, 2025). The private right of enforcement of the TCPA is critical to stopping the proliferation of these unwanted telemarketing calls. For example, while the Federal Communications Commission levied over $200 million in penalties against telemarketers between 2015 and 2018, it collected less than $7,000 of that amount. *See* Sarah Krouse, *The FCC Has Fined Robocallers $208 Million. It's Collected $6,790*, THE WALL STREET JOURNAL, March 28, 2019, https://www.wsj.com/articles/the-fcc-has-fined-robocallers-208-million-its-collected-6-790 11553770803.

## NATURE OF THE CLAIM

4. This is a putative class action brought pursuant to the TCPA.

5. To promote its goods, services, and/or properties, Defendant engages in unsolicited text messaging and continues to text message consumers after they have opted out of Defendant's solicitations. Defendant also engages in telemarketing without the required policies and procedures, and training of its personnel engaged in telemarketing.

6. Through this action, Plaintiff seeks injunctive relief to halt Defendant's unlawful conduct, which has resulted in the intrusion upon seclusion, invasion of privacy, harassment,

aggravation, and disruption of the daily life of Plaintiff and members of the Class. Plaintiff also seeks statutory damages on behalf of Plaintiff and members of the Class, and any other available legal or equitable remedies.

## JURISDICTION AND VENUE

7. This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the TCPA.

8. The Court has personal jurisdiction over Defendant and venue is proper in this District because Defendant directs, markets, and provides its business activities to this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District.

## PARTIES

9. Plaintiff is a natural person entitled to bring this action under the TCPA and a resident of Miami-Dade County, Florida.

10. Defendant is a California Limited Liability Company with its headquarters located in Woodland Hills, California.

11. Unless otherwise indicated, the use of Defendant's name in this Amended Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, vendors, and insurers of Defendant.

## FACTS

12. On or about October 8, 2025, Plaintiff requested to opt-out of Defendant's text messages by explicitly requesting Defendant to "unenroll" them from future marketing text messages:


10:58
5G
71
306
63824
Badlands Ranch!
An itchy pup is a grumpy pup.
Help soothe dry skin and support healthy, lush fur with our newest mouth-watering soft chew!
Super Skin & Coat soft chews - claim yours at a special intro price.
Up to 29% off here: badlandsranch.attn.tv/aQv_a4w_HfOk
Wed, Oct 8 at 7:20 PM
Please unenroll me from these spam marketing text messages
Badlands Ranch: If you would like to unsubscribe from all future messages, reply STOP.
Thu, Oct 9 at 2:15 PM
Badlands Ranch: You LOVE snuggling next to your dog.
Don't let their itching ruin the cozy moment for both of you!
Text Message
10
30

13. Defendant ignored Plaintiff's request and continued text messaging Plaintiff, including, but not limited to, on or about October 12 and 13, 2025:



14. On or about October 13, 2026, Plaintiff *again* requested to opt-out of Defendant's text messages by explicitly requesting Defendant to not send any more marketing text messages:



15. Defendant ignored Plaintiff's request and continued text messaging Plaintiff over a time period of approximately *four months*:




10:58
5G
71
306
63824
The BEST a dog can eat!
SUPERFOOD COMPLETE
Big bags up to 50% off
Badlands Ranch: Hey, dog parents... BIG BAGS ARE BACK!
Yep - right now, save up to 50% off our bigger bags of Superfood Complete Beef.
These jumbo-sized bags are the perfect way to make sure your pup has plenty of their favorite healthy food...
And they're in *high* demand.
Snag your bags before they're gone: badlandsranch.attn.tv/aAgEeiJlzPA1
Text Message


10:58
5G
306
63824
And they're in *high* demand.
Snag your bags before they're gone: badlandsranch.attn.tv/aAgEeiJlzPA1
Fri, Oct 17 at 6:15 PM
Badlands Ranch: Why is Superfood Complete AIR-DRIED?? 5 reasons:
1. It keeps the nutrients of every ingredient in tact
2. Stays fresh for longer without harsh chemicals
3. Every bite packs a wallop of craveable flavor
4. YOU don't have to chop, thaw, cook, or prepare anything.
5. Because dogs love it!
Stock up on your dog's favorite food for up to 50% off:
Text Message
10
30


10:58
306
63824
5. Because dogs love it!
Stock up on your dog's favorite food for up to 50% off: badlandsranch.attn.tv/afFePJ6gjJto
Sat, Oct 18 at 1:15 PM
Badlands Ranch: Chomp...
(Smooth digestion)
Nibble...
(Strong muscles).
Schlurp...
(Playful energy).
Oh, sorry, I was just narrating your dog's thoughts while they enjoy every scrumptious bite of Superfood Complete!
Save up to 50% on our powerhouse beef formula: badlandsranch.attn.tv/ak0jUZTV0Sim
Text Message


10:58
5G
306
63824
We're down to our final discounted bags of Superfood Complete...
And I'd hate for your pup to miss out on the best canine nutrition!
If you want your dog to feel healthy, spunky, and active... I recommend claiming your bags NOW.
Tap here to check availability: badlandsranch.attn.tv/aiT47qt1VLfh
Mon, Oct 20 at 3:36 PM
LAST CALL
Badlands Ranch
SUPERFOOD COMPLETE
BEEF FORMULA
87%
13%
ZERO
Text Message


10:58
5G
71
306
63824
(Heads up: I'm not sure when we'll be able to discount our larger bags again... So now's the time to stock up!)
Fri, Oct 24 at 4:23 AM
Make every meal...
Badlands Ranch
Superfood NUGGETS
super!
Badlands Ranch: Superfood Nuggets are BACK!
Our flavor-packed food toppers are making WAVES among dog parents...
Because they're an easy (and
delicious!) way to boost the
Text Message


10:58
306
63824
Surf.
Turf.
SUPERFOOD BITES
SUPERFOOD BITES
Special 2-pack
Only $35!
Badlands Ranch: Surf + Turf is back - tell your pup!
Our fan-favorite treat bundle is back for just $35.
Superfood Bites - Beef Liver & Wild Salmon (one bag of each).
Treat your pup to a guilt-free treat:
badlandsranch.attn.tv/aLzagRn-ziQX
Text Message


10:58
5G
306
63824
Get 2 bags of Superfood Bites for just $35: badlandsranch.attn.tv/aVFVCzYQn-Tw
Fri, Oct 31 at 5:45 PM
Badlands Ranch: Your treats sale ends in 3... 2...
Don't miss out!
Claim your Superfood Bites bundle before it's too late!
[FINAL CHANCE - Beef & Salmon treats, just $35 / bundle]
badlandsranch.attn.tv/aGNc6PJfge7h
Thu, Nov 13 at 2:16 PM
Flash Sale!
Up to 54% off
Text Message


10:58
5G
306
63824
Claim your jars here [24 hours ONLY]: badlandsranch.attn.tv/a7_iXXqr2QZS
Fri, Nov 14 at 2:15 PM
Badlands Ranch: Up to 54% off Super Mobility... ends TODAY
With healthy fats from green lipped mussels and powerful nutrients from tart cherry and turmeric...
One scoop a day can help your dog stay bouncy and playful even into their golden years.
Snag your jars before it's too late: badlandsranch.attn.tv/a2xyjp7lnnnl
Thu, Nov 20 at 2:15 PM
Text Message


10:58
5G
71
306
63824
Badlands Ranch: **Your Black Friday starts NOW**
Superfood Complete, up to 55% off!
Choose from Beef, Chicken, or Wild Fish & Turkey flavors: badlandsranch.attn.tv/aVlwRzDC86gH
Sat, Nov 22 at 2:45 PM
Badlands Ranch: When we say "nutrient-packed"... we really mean it!
Superfood Complete is...
87% premium meats and organs - like chicken, beef, & turkey
13% canine essential superfoods - like pumpkin, broccoli, & turmeric
[BLACK FRIDAY] Stock up at a fraction of the cost: badlandsranch.attn.tv/awdl0TD9Vb1l
Text Message


10:58
5G
306
63824
Up to 55% off
Badlands Ranch: Pick your dog's favorite flavor!

Whether it's savory beef... juicy chicken... or mouthwatering fish & turkey...

Every flavor of Superfood Complete is sure to get tails wagging.

Snag your pup's supply and save up to 55%: badlandsranch.attn.tv/aT8Sc_C036E0
Mon, Nov 24 at 2:45 PM
Badlands Ranch: Hey, it's John
Text Message


10:58
5G
71
306
63824
live tomorrow, meaning thousands of folks will rush to stock up on Superfood Complete.
If you want to beat the rush and make sure you get your pup's favorite flavor...
Your best bet is to order now. Save up to 55% off here: badlandsranch.attn.tv/akcXVGZvgfkY
Wed, Nov 26 at 2:15 PM
"As soon as I back away, he's gobbling it up."
-Christine
★★★★★
Badlands Ranch
SUPERFOOD COMPLETE
BEEF FORMULA
Badlands Ranch: "Our dog loves this beef formula! He hears me open the package and he sits and
Text Message
10
30


10:58
306
63824
today.
Bags are going fast - don't let someone steal your deal!
Tap here to claim your supply: badlandsranch.attn.tv/a_VLRt_I21bu
Fri, Nov 28 at 6:15 PM
Badlands Ranch: Things you'll NEVER find in our dog food:
* Mystery meat meals
* Fattening grains / fillers
* Harsh preservatives
Your dog was never meant to eat that junk. That's why Superfood Complete is made from clean, healthy canine superfoods... Just like nature intended.
Your holiday savings are waiting: badlandsranch.attn.tv/agcy4PAEiCRo


10:58
5G
306
63824
Just $99!
Badlands Ranch: The Super Taster Bundle is BACK!!
Just in time for Cyber Monday - get 5 sample bags of Superfood Complete, just $99.
(One of each flavor.)
Claim your bundle here:
badlandsranch.attn.tv/aJ-5VRnAcSPt
Mon, Dec 1 at 5:15 PM
Badlands Ranch: These sample bags are perfect for:
Letting your dog try new flavors...
Text Message


10:58
5G
306
63824
Badlands Ranch: It's the perfect Superfood Complete buffet.
Beef + Chicken + Fish / Turkey + Lamb / Venison + Bison...
Every flavor is packed with essential canine nutrition to help your pup feel strong, alert, and young-at-heart.
Snag your Super Taster Bundle before it's too late! badlandsranch.attn.tv/avLUDxQIb4mR
Sat, Dec 6 at 1:45 PM
Badlands Ranch: Good news, bad news...
The GOOD: We still have a few more Super Taster Bundles up for grabs...
The BAD: We're on track to run out tonight.
Don't miss out, get 5 sample bags
Text Message


10:58
5G
306
63824
LAST CALL
$99
Badlands Ranch: LAST CALL - Super Taster Bundle
This is your final chance to claim our most versatile bundle.
5 travel-sized bags Superfood Complete for $99: badlandsranch.attn.tv/auV2IfXP_7OM
Thu, Dec 11 at 2:15 PM
Badlands Ranch: Keep this hush-hush, okay?
We just got a fresh shipment of Super Daily Wellness soft chews...
Our fan-favorite chews packed
Text Message


10:58
5G
306
63824
healthspan support.
Want to snag a few bags at up to 43% off?
You've got 24 hours!
badlandsranch.attn.tv/anrN2qjDkPSJ
Fri, Dec 12 at 1:16 PM
Badlands Ranch: One delicious, beef flavored chew a day...
Can help your pup feel lively, alert, and ready to play!
Stock up on Daily Wellness soft chews while you still can.
[43% off ends today]
badlandsranch.attn.tv/aNRcswtQjJeY
Wed, Dec 17 at 2:45 PM
Text Message


10:58
5G
71
306
63824
Mixing a few Superfood Nuggets into your dog's meal can help support:
* Solid poops
* Sturdy muscles
* Playful energy
* Big, goofy smiles
Last chance to save up to 30%: badlandsranch.attn.tv/a5TnB5U5N4kX
Mon, Dec 22 at 12:45 PM
Badlands Ranch: Need to stock up on your go-to "better dog poops" tool?
We've got you covered!
Today ONLY - get Super Gut Biotics up to 53% off.
Our gut-balancing blend of canine approved probiotics and superfood "tummy calmers" promotes firmer poops and a happier pup.
badlandsranch.attn.tv/
Text Message
10
30


10:58
5G
306
63824
plenty of happy memories.
badlandsranch.attn.tv/a0EC1jLymFoy
Sat, Dec 27 at 2:15 PM
Badlands Ranch: Treats, treats, and more treats...
ALL 3 flavors of Superfood Bites are up to 32% off!
Support your pup's sturdy body and playful energy with their favorite healthy treats.
badlandsranch.attn.tv/aXSDIHd905yE
Mon, Dec 29 at 12:15 PM
Badlands Ranch: Whoa, now...
Folks are REALLY stocking up on Superfood Bites!
We've still got all 3 flavors in stock, but at this rate we're going to run out TONIGHT.
Text Message


10:58
5G
306
63824
SUPERFOOD COMPLETE
Up to 55% OFF!
Badlands Ranch: New Year, BIG savings!
Stock up on Superfood Complete and save up to 55% off.
Choose Beef or Chicken: badlandsranch.attn.tv/aBmcMCLWdZLE
[Big bags available while supplies last!]
Thu, Jan 1 at 5:15 PM
Badlands Ranch: Superfood Complete is made from ingredients you can actually pronounce:
Beef or chicken for strength...
Pumpkin + sweet potato for
Text Message


10:58
5G
71
306
63824
digestion...
Broccoli + carrots for energy...
Salmon + flaxseeds for healthy skin and fur...
So your pup gets the best blend of nutrients in every bite!
badlandsranch.attn.tv/a6hYqxDKXqgq
Fri, Jan 2 at 12:15 PM
Badlands Ranch: Step 1: Your dog eats Superfood Complete
Step 2: Better poops, more energy, tons of happy cuddle times.
Need we say more?
Save big when you stock up on Beef or Chicken flavor:
badlandsranch.attn.tv/aX6gMP-_YtVX
Mon, Jan 5 at 2:15 PM
Text Message
10
30


10:59
5G
306
63824
To ensure your dog's meal helps them feel young, playful, and vibrant.
Support your pup's happy life with Superfood Complete, up to 55% off: badlandsranch.attn.tv/aQ7xOmQC7c2q
Wed, Jan 7 at 1:15 PM
Badlands Ranch: Beef? Or chicken? ...Or beef? Or...
Luckily, there's no bad choice!
Choose Superfood Complete Beef to support your pup's smooth digestion and playful energy...
Choose Superfood Complete Chicken to promote a clear mind and healthy weight...
Or simply pick whichever gets your dog's tail wagging the hardest.
Claim your VIP savings here:
Text Message
10
30


10:59
306
63824
They have great energy are less lethargic and their poops are less stinky.
Stephanie L
Badlands Ranch: Thousands of dogs rely on Superfood Complete to feel spunky, alert, and playful every day.
And now it's your pup's turn!
Save up to 55% off here: badlandsranch.attn.tv/a8eZ7K4sYtfL
Sat, Jan 10 at 5:15 PM
Badlands Ranch: NO grains. NO fillers. NO junk.
Just high quality raw ingredients, hand-chosen for your dog's health...
Slowly air dried to perfection.
Text Message


10:59
5G
71
306
63824
See the difference it makes in your dog: badlandsranch.attn.tv/aPOxdIUrERt1
Tue, Jan 13 at 10:45 AM
Badlands Ranch
LAST
CALL
SUPERFOOD COMPLETE
up to 55% off
Badlands Ranch: LAST CHANCE - your dog's favorite food
We're down to our final bags of Superfood Complete!
Want to support your pup's sturdy body, solid poops, and silly, fun-loving energy?
Now's your last chance to save up
Text Message


10:59
306
63824
Soft fur...
Calm skin...
Badlands Ranch
Super SKIN & COAT
SOFT CHEWS
Happy dog!
Save up to 43%
Badlands Ranch: And the Best Fur Award goes to...
Your dog!
Help your pup look show-ready with Super Skin & Coat Soft Chews.
Every delicious morsel is packed with soothing omegas, mushrooms, and essential nutrients for calm skin and a soft, pettable coat.
[24 Hour sale] Save up to 43% off
Text Message


10:59
5G
306
63824
here: badlandsranch.attn.tv/aN5idxvwzhbp
Tue, Jan 20 at 2:15 PM
Badlands Ranch: Would you rather:
Sit next to a wiggly, itchy dog who can't stop licking themself?
Or cuddle with a soft, happy pup with healthy skin and fur?
It's a pretty obvious choice, if you ask us!
Help your dog look and feel their very best with Super Skin & Coat Soft Chews.
Last chance to save up to 43% badlandsranch.attn.tv/avAxkFqE9usu
Sun, Jan 25 at 12:15 PM
Badlands Ranch: It's AS important as your dog's blood type...
Text Message


10:59
5G
306
63824
Don't know your pup's type? Find out here for free: badlandsranch.attn.tv/a9YElBrs9d1h
Fri, Jan 30 at 12:03 PM
It's back!
Up to 55% off
Badlands Ranch: 6 Hours ONLY - Superfood Complete, up to 55% off!
Miss out over the holidays? Just need to stock up?
Now's the perfect chance to snag a few extra bags of your pup's
Text Message


10:59
5G
306
63824
Badlands Ranch: ++ 1 HOUR WARNING ++
There's still time to save up to 55% off... if you act FAST.
Support your pup's healthy weight, playful energy, and smooth digestion with Superfood Complete!
badlandsranch.attn.tv/aPqeCHDdVCMI
Sat, Jan 31 at 11:15 AM
Badlands Ranch: Update from the Boss, herself:
Some stings were pulled... and we've got just a few more bags of Superfood Complete up for grabs!
(But once we sell out today... that's it!)
Up to 55% off EXTENDED thru tonight: badlandsranch.attn.tv/
Text Message


10:59
5G
71
306
63824
Wholesome, crispy treats
2 bags, only $30!
Badlands Ranch: Beef AND Chicken Bites - 2-pack bundle
Your dog loves Superfood Bites because they're:
- Made from 100% premium meat
- Bursting with flavor & nutrients
- Crispy, craveable, & bite-sized
Get 2 bags (one of each flavor) for just $30: badlandsranch.attn.tv/aR-m_MPR6kkp
Sat, Feb 7 at 2:15 PM
Badlands Ranch: Stock up on our
Text Message


10:59
5G
71
306
63824
Tue, Feb 10 at 11:15 AM
Up to 43% off!
Badlands Ranch
Super DAILY WELLNESS
SOFT CHEWS
Badlands Ranch: !! Flash Sale Alert !!
Today only - get Super Daily Wellness soft chews, up to 43% off.
Every savory, craveable chew tastes like a treat...
But packs concentrated nutrition to support your pup's immune health and spunky, playful energy.
Get your bags here:
Text Message


10:59
5G
71
306
63824
SUPERFOOD COMPLETE
PACKED WITH NUTRIENTS
Badlands Ranch: Superfood Complete with novel proteins - up to 49% off!
Our Lamb & Venison and Bison & Beef recipes are packed with mouth-watering flavor...
Plus the key nutrients your pup needs to feel strong, agile, energized, and happy.
Claim your bags here:
badlandsranch.attn.tv/aB3P_KxqflIR
Fri, Feb 13 at 1:15 PM
Badlands Ranch: Hang on... "novel proteins???"
They're nutrient-rich meats which can make a HUGE impact on your dog's health...
Text Message


10:59
5G
306
63824
Badlands Ranch: Oh, by the way...

Superfood Complete is ALSO made with gut-boosting veggies and canine-specific herbs...

Like pumpkin, broccoli, turmeric, and mushrooms.

Translation: Better poops that are easier to clean.

That's the power of good nutrition!

Supplies are running low - grab your discounted bags now: badlandsranch.attn.tv/aOm8NjrljkhL
Mon, Feb 16 at 5:45 PM
Badlands Ranch: [Last chance] Superfood Complete, up to 49% off!

Dog parents across the country have scrambled to stock up...

And we're down to our final bags.
Text Message


10:59
5G
71
306
63824
much they should eat in a day.
The answer... is complicated. Depending on your pup's breed, age, activity levels...
They may need more (or less!) food than you think.
Learning how to calculate your pup's meal portions is a crucial skill for keeping them lean and healthy: badlandsranch.attn.tv/aWhU6U39pDv4
Sat, Feb 21 at 11:15 AM
Badlands Ranch: BOGO sale - today only
If your pup's poops are...less than stellar, it can be a sign of poor digestion.
SuperGut Biotics, to the rescue!
Every scoop of our top-shelf digestion booster packs:
+ Prebiotic fiber
Text Message


10:59
5G
71
306
63824
flaxseeds...
And a whole lotta superfoods chosen for better digestion.
Get 2 jars for just $59.90: badlandsranch.attn.tv/alOEAyNSeoVH
Wed, Feb 25 at 11:15 AM
Badlands Ranch: The Super Taster Bundle is BACK!
Our most popular bundle contains 5 trial-sized bags of Superfood Complete...
1 of each flavor!
Treat your pup to a smorgasbord of delicious, meaty flavor and support their whole-body health.
Grab your bundle for just $99: badlandsranch.attn.tv/aclfF7UOqC4f
Fri, Feb 27 at 1:15 PM
Text Message




16. As displayed by the above screenshots, Defendant continued to send Plaintiff telemarketing text messages as late as February 27 and 28, 2026. Plaintiff initially requested to opt-out of Defendant's text messages on or about October 8, 2025.

17. As displayed by the above screenshots, the purpose of Defendant's text messages was to solicit the sale of consumer goods, services, and/or properties.

18. As displayed by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's goods, services, and/or properties.

19. As displayed by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations twice by telling Defendant not to contact them anymore, but Defendant continued to text message Plaintiff.

20. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant has not instituted procedures for maintaining a list of persons who request not to receive text messages from Defendant. The precise details regarding its lack of requisite policies and procedures are solely within Defendant's knowledge and control.

21. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant does not provide training to its personnel engaged in telemarketing. The precise details regarding its lack of training are solely within Defendant's knowledge and control.

22. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant does not maintain a standalone do-not-call list. The precise details regarding its lack of training are solely within Defendant's knowledge and control.

23. Defendant did not maintain the required procedures for handling and processing opt-out requests prior to the initiation of the violative text messages it sent to Plaintiff as reflected by the fact that Plaintiff made an opt-out request and that request was never processed; the request was ignored by Defendant and its employees and Defendant continued to send text messages.

24. Defendant sent at least two solicitations after Plaintiff's first opt-out request.

25. Plaintiff is the regular user of the telephone number that received the above text message solicitations.

26. Plaintiff utilizes the cellular telephone that received Defendant's text messages for personal purposes and the number is Plaintiff's residential telephone line.

27. Upon information and belief, Defendant has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members. Defendant also has access to text message logs showing Plaintiff's and the Class members' inbound opt-out requests.

28. Defendant's text messages caused Plaintiff and the Class members harm, including statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

## CLASS ALLEGATIONS

### PROPOSED CLASS

29. Plaintiff brings this case as a class action pursuant to Fed. R. Civ. P. 23, on behalf of Plaintiff and all others similarly situated.

30. Plaintiff brings this case on behalf of the Class defined as follows:

> **All persons within the United States who, within the four years prior to the filing of this lawsuit through the date of class certification, received two or more text messages within any 12-month period, from or on behalf of Defendant, regarding Defendant's goods, services, or properties, to said person's residential cellular telephone number, *after* communicating to Defendant that they did not wish to receive text messages by replying to the messages with a "stop" or similar opt-out instruction.**

31. Plaintiff reserves the right to modify the Class definitions as warranted as facts are learned in further investigation and discovery.

32. Defendant and its employees or agents are excluded from the Class.

NUMEROSITY

33. Plaintiff does not know the exact number of members of the Class but is informed and believes that there are at least 50 individuals that fall within the class definition given Defendant's use of automated robotexts to solicit consumers and refusal to honor stop requests. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

34. The exact number and identities of the members of the Class are unknown at this time and can only be ascertained through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's call records.

COMMON QUESTIONS OF LAW AND FACT

35. There are numerous questions of law and fact common to members of the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the members of the Class are:

a. Whether Defendant sent text messages to Plaintiff and the Class members;

b. Whether Defendant continued to send text message solicitations after opt-out requests;

c. Whether Defendant failed to honor Plaintiff's and the Class members' opt-out requests;

d. Whether Defendant implemented the requisite training of personnel under section 64.1200;

e. Whether Defendant maintains an internal do-not-call list and instructs its employees on how to use the list;

f. Whether Defendant maintains the required policies and procedures under section 64.1200; and

g. Whether Defendant is liable for damages, and the amount of such damages.

36. The common questions in this case are capable of having common answers, and Plaintiff and the Class members will have identical claims capable of being efficiently adjudicated and administered in this case.

**TYPICALITY**

37. Plaintiff's claims are typical of the claims of the Class members, as they are all based on the same factual and legal theories.

**PROTECTING THE INTERESTS OF THE CLASS MEMBERS**

38. Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

**PROCEEDING VIA CLASS ACTION IS SUPERIOR AND ADVISABLE**

39. A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit, because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual Class members prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

40. The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not.

Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**COUNT I**
**VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)**
**(On Behalf of Plaintiff and the Class)**

41. Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 38 as if fully set forth herein.

42. In pertinent part, 47 C.F.R. § 64.1200(d) provides:

> No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:
>
> (1) *Written policy*. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) *Training of personnel engaged in telemarketing*. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
> (3) *Recording, disclosure of do-not-call requests*. If a person or entity making an artificial or prerecorded-voice telephone call pursuant to an exemption under paragraphs (a)(3)(ii) through (v) of this section or any call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making such calls (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed ten (10) business days from the receipt of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the call is made, the person or entity on whose behalf the call is made will be liable for any failures to honor the do-not-call request. A person or entity making an artificial or

> prerecorded-voice telephone call pursuant to an exemption under paragraphs (a)(3)(ii) through (v) or any call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a call is made or an affiliated entity.

43. Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

44. Plaintiff and the Class Members are residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its failure to honor opt-out requests.

45. Plaintiff and the Class members made requests to Defendant not to receive texts from Defendant.

46. Plaintiff and the Class Members revoked any consent they may have provided Defendant by responding with "stop" or similar opt-out instructions.

47. Defendant continued to text message Plaintiff and the Class Members to harass them into making purchases from Defendant.

48. Defendant failed to honor Plaintiff's and the Class members' opt-out requests.

49. Defendant's refusal to honor opt-out requests is indicative of Defendant's failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

50. Plaintiff and the Class members are informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

51. Plaintiff and the Class members are informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

52. Plaintiff and the Class members are informed and believe that Defendant does not train its personnel engaged in any aspect of telemarketing in the existence and use of the do-not-call list.

53. The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

54. Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

55. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $500.00 in statutory damages for each and every negligent violation.

56. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $1,500.00 in statutory damages for each and every knowing or willful violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above, and appointing Plaintiff as the representative of the Class and Plaintiff's counsel as Class Counsel;

b) An award of statutory damages for Plaintiff and each member of the Class as applicable under the TCPA;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to comply with 47 C.F.R. § 64.1200(d) by (1) maintaining the required written policies; (2) providing training to their personnel engaged in telemarketing; and (3) maintaining a do-not-call list; and

e) Such further and other relief as the Court deems necessary.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury.

**DOCUMENT PRESERVATION DEMAND**

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases or other itemization of telephone numbers associated with Defendant and the text messages as alleged herein.

Dated: March 20, 2026

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No. 1065929
E-mail: mitchell@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: zane@jibraellaw.com